IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

P, et al

       Plaintiffs,                No. Civ. S-10-3129 JAM EFB

  v.                              RECUSAL ORDER

ROSEVILLE JOINT UNION HIGH
SCHOOL DISTRICT,
       Defendant.
_____/

    Upon examination of the above-captioned action, the under-signed judge disqualifies himself.

    Good cause appearing therefor,

    IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

    IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

    IT IS SO ORDERED.

DATED: January 18, 2011

                                         /s/ John A. Mendez
                                         HON.  JOHN A. Mendez
                                         United States District Judge