F. Richard Ruderman (SB No. 142226)
Christian M. Knox (SB No. 171780)
RUDERMAN & KNOX, LLP
2020 Hurley Way, Suite 405
Sacramento, CA 95825
Telephone: (916) 563-0100
e-mail: rick@rudermanknox.com

Attorneys for Plaintiffs

Heather M. Edwards [Bar No. 238912]
L. Thomas Newcomb [Bar No. 161504]
GIRARD EDWARDS & HANCE
1121 L Street, Suite 510
Sacramento, CA 95814
Telephone: (916) 204-8007
e-mail:  tomnewcomb@comcast.net

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| H.P., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, MEGAN P; MEGAN P. AND PETER P.<br><br>       Plaintiffs,<br><br>    v.<br>ROSEVILLE JOINT UNION HIGH SCHOOL DISTRICT,<br><br>       Defendant. | Case No.: 2:10-CV-03129-MCE-EFB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON** |

///

## STIPULATION OF DISMISSAL

WHEREAS, Plaintiffs, H.P., Megan P., and Peter P. ("Plaintiffs"), filed a complaint in the above-captioned action on or about November 19, 2010.

WHEREAS, Defendant Roseville Joint Union High School District ("Defendant" or "District") filed an answer and counterclaim in this matter on or about December 29, 2010.

WHEREAS, Plaintiffs filed an answer to Defendant's counterclaim on or about January 18, 2011.

WHEREAS, on or about March 9, 2011, Plaintiff and Defendant signed a confidential Settlement Agreement and Release of all claims and counterclaims in the above-captioned case.

IT IS HEREBY STIPULATED AND AGREED that pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties to the above-identified action, by and through their respective counsel, hereby stipulate to the dismissal of all claims and counterclaims as follows:

1. H.P., Megan P., and Peter P., Plaintiffs and Counter-Defendants, hereby dismiss, with prejudice, all claims in the Complaint filed on November 19, 2010. [Dkt. No. 1.]

2. Roseville Joint Union High School District, Defendant and Counterclaimant, hereby dismisses, with prejudice, the counterclaim(s) set forth in its Answer and Counterclaim filed on December 29, 2010.  [Dkt. No. 8.]

3. Each party shall bear its own attorney's fees and costs except as provided for under the March 9, 2011, confidential Settlement Agreement and Release.

///

////

By: /s/ F. Richard Ruderman
F. Richard Ruderman (SB No. 142226)
Christian M. Knox (SB No. 171780)
RUDERMAN & KNOX, LLP
2020 Hurley Way, Suite 405
Sacramento, CA 95825
Telephone: (916) 563-0100

March 10, 2011
Date

**Counsel for Plaintiffs**

By: /s/ L. Thomas Newcomb
Thomas Newcomb
Heather Edwards
GIRARD EDWARDS & HANCE
1121 L Street, Suite 510
Sacramento, CA 95814

March 10, 2011
Date

**Counsel for Defendants**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Both the Complaint and Counterclaim in this matter are hereby dismissed, with prejudice. The Clerk of Court is directed to close the file.

DATE: March 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE